# COMPOSITE EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-066-304**
Effective Date of Registration:
November 22, 2016

## Title
  **Title of Work:** DG1201-The Nativity

## Completion/Publication
  **Year of Completion:** 2012
  **Date of 1st Publication:** June 01, 2012
  **Nation of 1st Publication:** United States

## Author
-   **Author:** Dona Gelsinger
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1955

## Copyright Claimant
  **Copyright Claimant:** Dona Gelsinger
    212 Island Pointe Drive, Medford, OR, 97504, United States

## Rights and Permissions
  **Organization Name:** Gelsinger Licensing Group, Inc.
  **Address:** 8181 Crater Lake Hwy
    White City, OR 97503 United States

## Certification
  **Name:** Jesse Gelsinger
  **Date:** November 22, 2016

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-243-605

**Effective Date of Registration:**
February 04, 2021
**Registration Decision Date:**
March 29, 2021

---

## Title

| | |
|---|---|
| Title of Work: | DG1722 - GLORY TO GOD |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | August 02, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Dona Gelsinger |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1955 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Dona Gelsinger |
| | 5706 Cherry Lane, Medford, OR, 97504, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Gelsinger Licensing Group, inc. |
| Name: | Jesse Gelsinger |
| Email: | jesse@gelsingerlicensing.com |
| Telephone: | (541)830-1800 |
| Alt. Telephone: | (541)200-2280 |
| Address: | 8181 Crater Lake Hwy |
| | White City, OR 97503 United States |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-051-279

**Effective Date of Registration:**
June 09, 2017

### Title
       **Title of Work:** Winter Visitors

### Completion/Publication
       **Year of Completion:** 2017
       **Date of 1st Publication:** June 06, 2017
       **Nation of 1st Publication:** United States

### Author
-        **Author:** Dona Gelsinger
       **Author Created:** 2-D artwork
       **Citizen of:** United States
       **Domiciled in:** United States

### Copyright Claimant
       **Copyright Claimant:** Dona Gelsinger
       8181 Crater Lake Hwy, White City, OR, 97503, United States

### Rights and Permissions
       **Organization Name:** Gelsinger Licensing Grup
       **Address:** 8181 Crater Lake Hwy
       White City, OR 97503 United States

### Certification
       **Name:** Steven Streit
       **Date:** June 09, 2017

Page 1 of 1



ment 1-1   Entered on FLSI